# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX QUINTANA JR., | Case No.: 1:19-CV-00814-EPG |
| Plaintiff, | |
| vs. | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |
| ANDREW SAUL, Acting Commissioner of Social Security, | (ECF No. 13) |
| Defendant | |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand (ECF No. 13), the request is hereby GRANTED. Plaintiff shall file her Motion for Summary Judgment/Remand on or before January 13, 2020. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: __**January 9, 2020**__          _____/s/ _Erica P. Grosjean_____

UNITED STATES MAGISTRATE JUDGE