MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ALEX QUINTANA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00814-DAD-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 45 additional days to respond to Plaintiff's opening brief. The current due date is February 12, 2020. The new due date will be March 30, 2020.

This is Defendant's first request for an extension of time for briefing and the second request for an extension of time in this case overall. There is good cause for this request and not intended to delay. Since the filing of Plaintiff's opening brief, Defendant's counsel has diligently worked on various district court cases and other substantive non-court matters, some of which required immediate attention for time-sensitive and ongoing settlement negotiations initiated by the

1

opposing parties.  Furthermore, on and around the original due date of February 12, 2020, counsel has competing deadlines of at least four district court matters within the week.  Counsel also has at least 25 district court and substantive non-court matters scheduled between February 12, 2020, to March 30, 2020.  Defendant requires additional time to review the record in this case to properly evaluate the issues raised in Plaintiff's opening motion, to consider settlement options, and if not settling, to prepare Defendant's response to Plaintiff's motion for summary judgment.

Thus, Defendant is respectfully requesting additional time up to and including March 30, 2020, to respond to Plaintiff's opening motion for summary judgment.  Defendant apologizes for the further delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: February 10, 2020        CERNEY KREUZE & LOTT, LLP

*s/ Shellie Lott by C.Chen\**
(As authorized by email on 2/10/2020)
SHELLIE LOTT
Attorneys for Plaintiff

Date: February 10, 2020        MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the Parties (ECF No. 17), the Court grants the requested extension of time. Defendants shall file his response to Plaintiff's opening brief by March 30, 2020.

IT IS SO ORDERED.

Dated: __**February 10, 2020**__ /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE