UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX QUINTANA, JR., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KAJAIKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 1:19-cv-00814-DAD-EPG (SS) <br><br> ORDER ADOPTING THE PARTIES' STIPULATION FOR THE AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT <br><br> (Doc. No. 31) |

On June 11, 2019, plaintiff Alex Quintana, Jr. filed this action seeking review of a final decision of defendant Andrew M. Saul, the then-Commissioner of Social Security[1]. (Doc. No. 1.) On August 18, 2021, the matter was remanded to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g). (Doc. No. 29.) On October 22, 2021, the parties filed a stipulation with the court in which the parties agree that plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,000.00. (Doc. No. 31.)

Good cause appearing, and pursuant to the parties' October 22, 2021 stipulation, the court orders as follows:

---

[1] Kilolo Kajikazi is the current Acting Commissioner of Social Security and has been substituted as the defendant accordingly.

1

1. Pursuant to the EAJA, 28 U.S.C. § 2412(d), plaintiff is awarded attorney's fees in the amount of $4,000.00;

2. After the issuance of this order, the government shall consider the assignment of the EAJA attorney's fees to plaintiff's counsel;

    a. Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's ("the DOT") Offset Program;

    b. Fees shall be made payable to plaintiff, but if the DOT determines that plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to plaintiff's counsel, Shellie Lott;

3. Whether the payment of attorney's fees is made payable to plaintiff or to her counsel, the check will be mailed to plaintiff's counsel's mailing address at:

>   Shellie Lott
>   Lott Law Offices
>   42 N. Sutter Street, Ste. 400
>   Stockton, CA 95202

IT IS SO ORDERED.

Dated:  **October 29, 2021**                    _____
                                                UNITED STATES DISTRICT JUDGE